**Robert Scott REYNOLDS,**
**Petitioner—Appellant,**

v.

**Charles A. DANIELS, Warden; John Ashcroft, Attorney General,**
**Respondents—Appellees.**

No. 03–35365.
D.C. No. CV–03–00329–HJF.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 8, 2004.*

Decided Jan. 14, 2004.

Christine Stebbins Dahl, Esq., FPDOR–Federal Public Defender's Office, Portland, OR, for Petitioner–Appellant.

Britannia I. Hobbs, AUS, USPO–Office of the U.S. Attorney, Portland, OR, for Respondent–Appellee.

Before GRABER, TALLMAN, and CLIFTON, Circuit Judges.

ORDER **

Because the appellant has been entirely released from the custody of the Bureau of Prisons, his habeas petition is moot. Without prejudice to appellant's ability to file a timely complaint under 42 U.S.C. § 1983, the appeal is DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

